Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED** ___ **LODGED**
**RECEIVED** ___ **COPY**

OCT - 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of Arizona

Tucson Division

Darryle Lovell Totty Jr
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Spotify USA Inc

_See Attached for additional defendants_

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   CV-21-393-TUC-MSA

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ✓ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Darryle Lovell Totty Jr |
| Street Address | 11492 S. Cienega Dam Pl |
| City and County | Vail, Pima County |
| State and Zip Code | Arizona  85641 |
| Telephone Number | (707) 514-5179 |
| E-mail Address | currencyworldwiderecords@yahoo.com |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

List of Defendants

1. Spotify USA Inc
2. Apple Inc
3. Google LLC
4. Rhapsody International Inc
5. 7digital US Inc
6. Aspiro AB
7. Live XLive Media, Inc
8. iHeartMedia Inc
9. Deezer Inc
10. Saavn Inc
11. Deezer S.A.
12. 7digital Group Plc

Defendant No. 1

    Name — Deezer Inc

    Job or Title *(if known)* — Unknown

    Street Address — 383 Corona St

    City and County — Denver, Denver County

    State and Zip Code — Colorado 80218

    Telephone Number — + 33 1 55 80 69 00

    E-mail Address *(if known)* — privacy@deezer.com

Defendant No. 2

    Name — Saavn LLC

    Job or Title *(if known)* — Unknown

    Street Address — 460 Park Avenue South, 4th Floor

    City and County — New York, New York County

    State and Zip Code — New York 10016

    Telephone Number — (212) 710-3080

    E-mail Address *(if known)* — legal@jiosaavn.com

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — *Deezer S.A.*

Job or Title *(if known)* — Unknown

Street Address — 24 rue de Calais

City and County — Paris, France

State and Zip Code — France 75009

Telephone Number — +33(0)1 84 25 25 00

E-mail Address *(if known)* — support@deezer.com

**Defendant No. 2**

Name — 7digital Group Plc

Job or Title *(if known)* — Unknown

Street Address — 69 Wilson Street

City and County — London, Greater London County

State and Zip Code — United Kingdom EC2A 2BB

Telephone Number — +44 20 7099 7777

E-mail Address *(if known)* — help@7digital.com

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 1

Name — Spotify USA Inc

Job or Title (if known) — Unknown

Street Address — 150 Greenwich Street, 62nd Floor

City and County — New York, New York County,

State and Zip Code — New York 10007

Telephone Number — (877) 778-1161

E-mail Address (if known) — office@spotify.com

Defendant No. 2

Name — Apple Inc

Job or Title (if known) — Unknown

Street Address — 1 Apple Park Way

City and County — Cupertino, Santa Clara County

State and Zip Code — California 95014

Telephone Number — (408) 996-1010

E-mail Address (if known) — apple.com/legal/contact

Defendant No. 3

Name — Google LLC

Job or Title (if known) — Unknown

Street Address — 1600 Amphitheatre Parkway

City and County — Mountain View, Santa Clara County

State and Zip Code — California 94043

Telephone Number — (650) 253-0000

E-mail Address (if known) — support-in@google.com

Defendant No. 4

Name — Rhapsody International Inc

Job or Title (if known) — Unknown

Street Address — 701 5th Ave, Suite 3100

City and County — Seattle, King County

State and Zip Code — Washington 98104

Telephone Number — (206) 707-8100

E-mail Address (if known) — legal@napster.com

Defendant No. 1

Name | 7digital US Inc
Job or Title *(if known)* | Unknown
Street Address | 580 Howard St Unit 301
City and County | San Francisco, San Francisco County
State and Zip Code | California 94105
Telephone Number | (415) 970-5266
E-mail Address *(if known)* | 7digital.com/contact

Defendant No. 2

Name | Aspiro AB c/o Tidal
Job or Title *(if known)* | Unknown
Street Address | 540 West 26th Street, 8th Floor
City and County | New York, New York County
State and Zip Code | New York 10001
Telephone Number | + 4 640 6300300
E-mail Address *(if known)* | licensing@tidal.com

Defendant No. 3

Name | LiveXLive Media, Inc
Job or Title *(if known)* | Unknown
Street Address | 269 South Beverly Drive, Suite 1450
City and County | Beverly Hills, Los Angeles County
State and Zip Code | California 90212
Telephone Number | (310)601-2500
E-mail Address *(if known)* | CONTACT@LIVEXLIVE.COM

Defendant No. 4

Name | iHeartMedia Inc
Job or Title *(if known)* | Unknown
Street Address | 20880 Stone Oak Pkwy
City and County | San Antonio, Bexar County
State and Zip Code | Texas 78258
Telephone Number | (210)731-8518
E-mail Address *(if known)* | privacy@iheartmedia.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* Darryle Lovell Toffy Jr , is a citizen of the State of *(name)* Arizona .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* Apple Inc , is incorporated under

the laws of the State of *(name)* Delaware , and has its

principal place of business in the State of *(name)* California

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the seven sound recordings (i.e., recorded music) and/or musical Compositions (i.e., the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.
The Plaintiff is seeking damages at least $1,100,000 and injunctive relief.

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    b.    If the defendant is a corporation

The defendant, *(name)* Spotify USA Inc , is incorporated under

the laws of the State of *(name)* Delaware , and has its

principal place of business in the State of *(name)* New York

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the seven sound recordings (i.e., recorded music) and/or musical compositions (i.e., the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.
The Plaintiff is seeking damages worth at least $1,100,000 and injunctive relief.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    b.     If the defendant is a corporation

          The defendant, *(name)* Google LLC , is incorporated under

          the laws of the State of *(name)* Delaware , and has its

          principal place of business in the State of *(name)* California .

          Or is incorporated under the laws of *(foreign nation)* ,

          and has its principal place of business in *(name)* .

          *(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

    3.     The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to
17 U.S.C. § 504(c), in a amount of up to $150,000 with respect to
each work infringed, or such other amount as may be proper under
17 U.S.C. § 504(c)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with
respect to the seven sound recordings (i.e, recorded music)and/or musical compositions
(i.e, the songs embodied in sound recordings. Each infringement of the Plaintiff
copyrighted sound recordings and musical compositions constitutes a separate
and distinct act of infringement. Continue to next page.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

The copyrighted works infringed by the Defendant has been
registered with the U.S. Copyright Office.
The Plaintiff is seeking damages worth at least $1,100,000 and
injunctive relief.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        b.      If the defendant is a corporation

              The defendant, *(name)* Live XLive Media, Inc , is incorporated under

the laws of the State of *(name)* Delaware , and has its

principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the seven sound recordings (i.e., recorded music) and/or musical compositions (i.e., the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.
The Plaintiff is seeking damages worth at least $1,100,000 and injunctive relief.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

_____

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    b.     If the defendant is a corporation

          The defendant, *(name)* Rhapsody International Inc , is incorporated under
the laws of the State of *(name)* Delaware , and has its
principal place of business in the State of *(name)* Washington .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. §504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. §504(c).

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the seven sound recordings (i.e, recorded music) and/or musical compositions (i.e, the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.
The Plaintiff is seeking damages worth at least $1,100,000 and injunctive relief.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        _____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

    _____

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

          The defendant, *(name)* Aspiro AB , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* Norway ,

          and has its principal place of business in *(name)* Sweden .

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.     The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

      The Plaintiff is entitled to statutory damges persuant to 17 U.S.C. § 504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the seven sound recordings (i.e, recorded music) and/or musical compositions (i.e, the songs embedied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with U.S. Copyright Office.

The Plaintiff is seeking damages worth at least $1,100,000 and injunctive relief.

      b.     If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    b.      If the defendant is a corporation

           The defendant, *(name)* iHeartMedia Inc , is incorporated under the laws of the State of *(name)* Delaware , and has its principal place of business in the State of *(name)* Texas .

           Or is incorporated under the laws of *(foreign nation)* ,

           and has its principal place of business in *(name)* .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the five sound recordings (i.e, recorded music) and/or musical compositions (i.e., the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical constitutes a separate and distinct act of infringement. Continue to next page.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.

The Plaintiff is seeking damages worth at least $800,000 and injunctive relief.

      b.     If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under

            the laws of the State of *(name)* _____, and has its

            principal place of business in the State of *(name)* _____ .

            Or is incorporated under the laws of *(foreign nation)* _____ ,

            and has its principal place of business in *(name)* _____ .

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.     The Amount in Controversy

           The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Defendant is using the Plaintiff five songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

---

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   b.    If the defendant is a corporation

       The defendant, *(name)* Saavn LLC , is incorporated under

       the laws of the State of *(name)* Delaware , and has its

       principal place of business in the State of *(name)* New York

       Or is incorporated under the laws of *(foreign nation)*

       and has its principal place of business in *(name)*

       *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. § 504(c).

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the four sound recordings (i.e., recorded music) and/or musical compositions (i.e., the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.
The Plaintiff is seeking damages worth at least $650,000 and injunctive relief.

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is using the Plaintiff four songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

b.  If the defendant is a corporation

The defendant, *(name)* Zdigital Group Plc , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* United Kingdom ,

and has its principal place of business in *(name)* United Kingdom .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. §504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. §504(c).

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the seven sound recordings (i.e., recorded music) and/or musical compositions (i.e., the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.

The Plaintiff is seeking damages worth at least $1,100,000 and injunctive relief.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under

            the laws of the State of *(name)* _____, and has its

            principal place of business in the State of *(name)* _____.

            Or is incorporated under the laws of *(foreign nation)* _____,

            and has its principal place of business in *(name)* _____.

       *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

       _____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* 7digital US Inc , is incorporated under the laws of the State of *(name)* Delaware , and has its principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint. attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. §504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C. §504(c).

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the seven sound recordings (i.e, recorded music) and/or musical Compositions (i.e, the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.

The Plaintiff is seeking damages worth at least $1,100,000 and injunctive relief.

        b.    If the defendant is a corporation

            The defendant, *(name)* _____ , is incorporated under

            the laws of the State of *(name)* _____ , and has its

            principal place of business in the State of *(name)* _____ .

            Or is incorporated under the laws of *(foreign nation)* _____ ,

            and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

b.    If the defendant is a corporation

The defendant, *(name)* Deezer S.A. , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* France ,

and has its principal place of business in *(name)* France .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under 17 U.S.C § 504(c).

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the seven sound recordings (i.e., recorded music) and or musical compositions (i.e., the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.

The Plaintiff is seeking damages worth at least $1,100,000 and injunctive relief.

      b.      If the defendant is a corporation

              The defendant, *(name)* _____ , is incorporated under

              the laws of the State of *(name)* _____ , and has its

              principal place of business in the State of *(name)* _____ .

              Or is incorporated under the laws of *(foreign nation)* _____ ,

              and has its principal place of business in *(name)* _____ .

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is using the Plaintiff Seven songs without a license for interactive Streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* Deezer Inc , is incorporated under

          the laws of the State of *(name)* Delaware , and has its

          principal place of business in the State of *(name)* Colorado

          Or is incorporated under the laws of *(foreign nation)*

          and has its principal place of business in *(name)*

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

      The Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. §504(c), in a amount of up to $150,000 with respect to each work infringed, or such other amount as may be proper under (7 U.S.C §504(c).

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is the copyright owner of and/or control exclusive rights with respect to the Seven sound recordings (i.e., recorded music) and/or musical compositions (i.e., the songs embodied in sound recordings. Each infringement of the Plaintiff copyrighted sound recordings and musical compositions constitutes a separate and distinct act of infringement. Continue to next page

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The copyrighted works infringed by the Defendant has been registered with the U.S. Copyright Office.
The Plaintiff is seeking damages worth at least $1,100,000 and injunctive relief.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is using the Plaintiff seven songs without a license for interactive streaming and/or limited downloads between December 31, 2018 and September 30, 2021.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       10/1/2021

Signature of Plaintiff       *Darryle L Totty Jr*
Printed Name of Plaintiff    *Darryle L Totty Jr*

### B.    For Attorneys

Date of signing:       _____

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Street Address            _____
State and Zip Code        _____
Telephone Number          _____
E-mail Address            _____