Notice of Service
Case #- CV-21-396-TUC-RM

Dear: Your Honorable Rosemary Márquez

On December 4, 2021, I, Darryle Lovell Toffy Jr. sent a summons and complaint to Spotify USA Incorporated and to their General Counsel and they didn't respond back to me. On January 10, 2022, I filed a certified mail receipt as evidence with my court documents.

Yours Truly
Darryle L Toffy JR
Date - 2/16/2022



✓ FILED      ___ LODGED
___ RECEIVED  ___ COPY

9 | FEB 1 6 2022 | 9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY